UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-204-FDW

| TIMOTHY UZZELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| FNU MURRAY, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a "Motion for Default Judgment," (Doc. No. 18), filed by pro se Plaintiff Timothy Uzzell. Plaintiff seeks an Order from this Court entering a judgment in his favor against Defendants Christopher Nichols and Darren Daves based on his contention that these Defendants have failed to appear or otherwise respond. The Court will deny the motion, as Defendants Nichols and Daves filed their Answer on March 26, 2018.

**IT IS THEREFORE ORDERED THAT** Plaintiff's "Motion for Default Judgment," (Doc. No. 18), is **DENIED**.

Signed: April 6, 2018

Frank D. Whitney
Chief United States District Judge

1